In the Matter of JOHN OWEN, as Commissioner of the Department of Social Services for the County of Essex, Petitioner, v. GEORGE K. WYMAN, as Commissioner of the New York State Department of Social Services, et al., Respondents.—

548

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur.